UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Niko B. Gaytan, et al.
                                        Plaintiff,

v.                                                          Case No.: 1:13−cv−00823
                                                            Honorable Joan B. Gottschall

Chicago Messenger Service, Inc.
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 1, 2014:

    MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to the parties Stipulation of Dismissal [81], this cause is hereby dismissed with prejudice and with each party to bears its own costs and fees. (ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.